**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



86 Chambers Street
New York, New York 10007

January 14, 2008

By Hand

Honorable Barbara S. Jones
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: Case Construction v. Teams Housing Development Fund Company, et al.
        08 Civ. 0129 (BSJ)

Dear Judge Jones:

    The Government's answer to the complaint in the above-referenced case is due on or before January 14, 2008. The Government respectfully requests an additional 45 days (i.e., February 28, 2008), in which to file an answer or motion with respect to the complaint. The complaint seeks to foreclose a $500,000.00 mechanics lien and has named the United States Department of Housing and Urban Development ("HUD") to foreclose any claim it may have on the property. The Government requests this extension in order to review its files in this matter, and to determine what interest, if any, HUD may have in the property.

    I have been unable to reach James Rose, plaintiff's counsel, to obtain his consent to the requested extension.

    Thank you for your consideration of this request.

                                Respectfully,

                                MICHAEL J. GARCIA
Application GRANTED.           United States Attorney

SO ORDERED
Dated:     BARBARA S. JONES
          U.S.D.J.      By: _____
1/15/08                      KATHLEEN A. ZEBROWSKI
                                Assistant United States Attorney
                                Telephone No.: (212) 637-2710
                                FAX No.: (212) 637-2717

cc:    James A. Rose, Esq. (by first-class mail)
       Certilman Balin Adler & Hyman, LLP
       90 Merrick Avenue, 9th floor
       East Meadow, NY 11554