UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CASE CONSTRUCTION CO., INC.,                Docket No. 1:08-cv-00129-BSJ

        Plaintiff,

    -against-

TEAMS HOUSING FUND COMPANY, INC.,           **NOTICE OF APPEARANCE**
HARLEM TEAMS FOR SELF-HELP, INC.,
HOWARD LOEWENTHEIL, INC., UNITED
STATES DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT, NEW YORK STATE
WORKER'S COMPENSATION BOARD, and
NEW YORK CITY ENVIRONMENTAL
CONTROL BOARD,

        Defendants,
------------------------------------X

**To the Clerk of this Court and all parties of record:**

    Please enter my appearance as attorney in this case on behalf of plaintiff Case Construction Co., Inc.

    I certify that I am admitted to practice before this Court.

Dated:    East Meadow, New York
          January 28, 2008

                        CERTILMAN BALIN ADLER & HYMAN, LLP

                        By: _____
                            James A. Rose
                            Attorney for Plaintiff
                            90 Merrick Avenue, 9th Floor
                            East Meadow, New York 11554
                            (516) 296-7000
                            (516) 296-7111 (fax)
                            jrose@certilmanbalin.com

TO: <u>By Mail</u>:

Teams Housing Development
Fund Company, Inc.
457 West 141st Street
New York, NY 10031

Teams Housing Development
Fund Company, Inc.
179 West 137th Street
New York, NY 10030

Harlem Teams for Self-Help, Inc.
179 West 137th Street
New York, NY 10030

Howard Loewentheil, Inc.
2365 Boston Post Road
Suite 104
Larchmont, NY 10538

Thomas G. Benjamin, Esq.
Attorney for Defendant
New York State Workers'
Compensation Board
Judgment Unit
20 Park Street, Room 200
Albany, NY 12207
(866) 298-7830

New York City Environmental
Control Board
66 John Street
New York, NY 10038

<u>ECF</u>

Kathleen Ann Zebrowski
United States Attorney's Office
Southern District of New York
86 Chambers Street
New York, NY 10007
(212) 637-2200
Fax: (212) 637-2717
E-mail: Kathleen.Zebrowski@usdoj.gov

1963816.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
CASE CONSTRUCTION CO., INC.,                Docket No. 1:08-cv-00129-BSJ

                Plaintiff,

        -against-

TEAMS HOUSING FUND COMPANY, INC.,           **AFFIDAVIT OF SERVICE**
HARLEM TEAMS FOR SELF-HELP, INC.,
HOWARD LOEWENTHEIL, INC., UNITED
STATES DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT, NEW YORK STATE
WORKER'S COMPENSATION BOARD, and
NEW YORK CITY ENVIRONMENTAL
CONTROL BOARD,

                Defendants,
----------------------------------X

**STATE OF NEW YORK**    )
                            )ss.:
**COUNTY OF NASSAU**    )

    **FRANCES HANSON,** being duly sworn, deposes and says:

    Deponent is not a party to this action, is over 18 years of age and resides in Massapequa Park, New York.

    On the 30th day of January, 2008 deponent served the NOTICE OF APPEARANCE upon:

    Teams Housing Development Fund Company, Inc.
    457 West 141st Street
    New York, NY 10031

    Teams Housing Development Fund Company, Inc.
    179 West 137th Street
    New York, NY 10030

    Harlem Teams for Self-Help, Inc.
    179 West 137th Street
    New York, NY 10030

1963872.1

```
Howard Loewentheil, Inc.
2365 Boston Post Road
Suite 104
Larchmont, NY 10538

Thomas G. Benjamin, Esq.
Attorney for Defendant
New York State Workers'
Compensation Board
Judgment Unit
20 Park Street, Room 200
Albany, NY 12207
(866) 298-7830

New York City Environmental Control Board
66 John Street
New York, NY 10038
```

at the address designated by said attorney for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
FRANCES HANSON

Sworn to before me this
30th day of January, 2008

_____
Notary Public

STACY A. KOEHLER
Notary Public, State of New York
No. 01KO5072524
Qualified in Nassau County
Commission Expires February 03, 2011

1963872.1