

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

February 28, 2008

By Hand

Honorable Barbara S. Jones
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re: Case Construction v. Teams Housing Development Fund Company, et al.
           08 Civ. 0129 (BSJ)

Dear Judge Jones:

      The Government's answer to the complaint in the above-referenced case is due on or before February 28, 2008. The Government respectfully requests an additional 30 days (i.e., March 31, 2008), in which to file an answer or motion with respect to the complaint. Plaintiff's counsel has consented to the proposed extension.

      As the Court may recall, the complaint seeks to foreclose a $500,000.00 mechanics lien and has named the United States Department of Housing and Urban Development ("HUD") to foreclose any claim it may have on the property. HUD has determined that it has no interest in the property and has executed a discharge of mortgage. Plaintiff has agree to dismiss HUD as a defendant in this action upon receipt of a filed copy of discharge with the City Register. This Office is arranging for the discharge to be filed with the appropriate City agency, and anticipates that it will take at least 30 days to complete the process. Upon receipt of the filed discharge, the parties anticipate submitting a proposed stipulation dismissing the Government from the action and remanding the case to New York Supreme Court.

      Thank you for your consideration of this request.

      Respectfully,

      MICHAEL J. GARCIA
      United States Attorney

By: KATHLEEN A. ZEBROWSKI
     Assistant United States Attorney
     Telephone No.: (212) 637-2710
     FAX No.: (212) 637-2717

Application GRANTED.

SO ORDERED
BARBARA S. JONES
U.S.D.J.
Dated: 3/3/08