

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



86 Chambers Street
New York, New York 10007

March 31, 2008



By Hand

Honorable Barbara S. Jones
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Case Construction v. Teams Housing Development Fund Company, et al.
08 Civ. 0129 (BSJ)

Dear Judge Jones:

The Government's answer to the complaint in the above-referenced case is due on or before March 31, 2008. The Government respectfully requests an additional 30 days (i.e., May 1, 2008), in which to file an answer or motion with respect to the complaint. Plaintiff's counsel has consented to the proposed extension.

As the Court may recall, the complaint seeks to foreclose a $500,000.00 mechanics lien and has named the United States Department of Housing and Urban Development ("HUD") to foreclose any claim it may have on the property. HUD has determined that it has no interest in the property and has executed a discharge of mortgage. Plaintiff has agree to dismiss HUD as a defendant in this action upon receipt of a filed copy of discharge with the City Register. This Office has mailed the discharge to the New York City Department of Finance, and is awaiting confirmation that the document has been filed. Upon receipt of the filed discharge, the parties anticipate submitting a proposed stipulation dismissing the Government from the action and remanding the case to New York Supreme Court. We anticipate that this process will take an additional 30 days to complete.

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By:
KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
Telephone No.: (212) 637-2710
FAX No.: (212) 637-2717

Application GRANTED.

SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.
4/2/08