**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

May 1, 2008



By Hand

Honorable Barbara S. Jones
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: <u>Case Construction v. Teams Housing Development Fund Company, et al.</u>
         08 Civ. 0129 (BSJ)

Dear Judge Jones:

      The Government's answer to the complaint in the above-referenced case is due on or before May 1, 2008. The Government respectfully requests an additional two weeks (i.e., May 14, 2008), in which to file an answer or motion with respect to the complaint.

      As the Court may recall, the complaint seeks to foreclose a $500,000.00 mechanics lien and has named the United States Department of Housing and Urban Development ("HUD") to foreclose any claim it may have on the property. HUD has determined that it has no interest in the property and has executed a discharge of mortgage. Plaintiff has agree to dismiss HUD as a defendant in this action upon receipt of a filed copy of discharge with the City Register. This Office has confirmed that the discharge has been filed with the New York City Department of Finance, and has forwarded the confirmation and a proposed stipulation to plaintiff's counsel. I have been unable to reach plaintiff's counsel regarding the filed discharge, and therefore respectfully request an additional two weeks to submit a proposed stipulation dismissing the Government from the action and remanding the case to New York Supreme Court.

      Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
Telephone No.: (212) 637-2710
FAX No.: (212) 637-2717

Application GRANTED.

SO ORDERED: /s/ Barbara S. Jones
Dated: BARBARA S. JONES
      U.S.D.J.
5/5/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08