Jones J

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
FAX No.: (212) 637-2717

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CASE CONSTRUCTION CO., INC.                :
                                           :   STIPULATION AND ORDER
                  Plaintiff,               :   DISMISSING THE UNITED
                                           :   STATES DEPARTMENT
        -against-                          :   OF HOUSING AND URBAN
                                           :   DEVELOPMENT AND
TEAMS HOUSING DEVELOPMENT FUND             :   REMANDING CASE TO
COMPANY, INC.; HARLEM TEAMS FOR                THE SUPREME COURT OF
SELF-HELP, INC.; HOWARD LOEWENTHEIL,        :  THE STATE OF NEW YORK
INC.; UNITED STATES DEPARTMENT OF              (INDEX NO. 115211/07)
HOUSING AND URBAN DEVELOPMENT; NEW         :
YORK STATE WORKER'S COMPENSATION
BOARD,                                     :   08 Civ. 0129 (BSJ)

                  Defendants.              :
------------------------------------------------------------x

    WHEREAS, on or about November 14, 2007, plaintiff Case Construction Co. (the

"plaintiff"), filed a complaint in the Supreme Court of the State of New York, County of New

York, seeking to foreclose a $500,000.00 mechanics lien and naming the United States

Department of Housing and Urban Development (the "United States") as a defendant to

foreclose any claim it may have to the property arising from a mortgage recorded on March 19,

1985, in the amount of $194,600.00; and

    WHEREAS, the United States has determined that it has no interest in the

property and has executed and filed a discharge of mortgage; and

WHEREAS, upon dismissal of the United States as a party to this action the Court will lack subject matter jurisdiction, and, pursuant to 18 U.S.C. section 1447(c), this case should be remanded to the state court;

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the plaintiff and the United States, that the above-captioned action is dismissed against the United States; and it is further

STIPULATED AND AGREED that this action is remanded to the Supreme Court of the State of New York, County of New York, Case Construction Co., Inc. v. Teams Housing Development Fund Company, Index No.: 115211/07; and it further

STIPULATED AND AGREED that this stipulation may be executed in counterpart and by facsimile transmission.

Dated: East Meadow, New York
May 12, 2008

JAMES A. ROSE, ESQ.
CERTILMAN BALIN ADLER & HYMAN, LLP
90 Merrick Avenue, 9th floor
East Meadow, New York 11554
Telephone No.: (516) 296-7000
FAX No.: (516) 296-7111

-2-

Dated: New York, New York
May 15, 2008

           MICHAEL J. GARCIA
           United States Attorney for the
           Southern District of New York
           Attorney for Defendant United States Department
           of Housing and Urban Development

By: _____
           KATHLEEN A. ZEBROWSKI
           Assistant United States Attorney
           86 Chambers Street
           New York, New York 10007
           Telephone No.: (212) 637-2710
           FAX No.: (212) 637-2717

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
5/14/08